Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONGAB CORPORATION, a Korean Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BCBG MAX AZRIA GROUP, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No.:  CV17-02241 JAK (JEMx)<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR
2  ATTORNEYS OF RECORD:

3  PLEASE TAKE NOTICE THAT Plaintiff, WONGAB CORPORATION, by
4  and through its undersigned attorneys, hereby dismisses this action without prejudice
5  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

6  This dismissal is precipitated by the bankruptcy filing of Defendant BCBG
7  MAX AZRIA GROUP, LLC.

Respectfully submitted,

Dated: June 26, 2017    By:   /s/ *Scott A. Burroughs*
                              Scott A. Burroughs, Esq.
                              Trevor W. Barrett, Esq.
                              Justin M. Gomes, Esq.
                              DONIGER / BURROUGHS
                              Attorneys for Plaintiff
                              Wongab Corporation